IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WINSOME PACKER

     Plaintiff,

v.

THE UNITED STATES COMMISSION ON     No.  11-cv-0485 (RMC) (JMF)
SECURITY AND COOPERATION IN EUROPE

     Defendant.


**PLAINTIFF'S RESPONSE TO DEFENDANT'S, THE U.S. COMMISSION ON
SECURITY AND COOPERATION IN EUROPE ANSWER TO PLAINTIFF'S MOTION
TO COMPEL DEFENDANT TO ANSWER WRITTEN INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**


     Plaintiff, Winsome Packer, hereby, submits this response to the Defendant's, the United
States Commission on Security and Cooperation in Europe's answer to the Plaintiff's Motion to
compel the Defendant to answer written interrogatories and requests for documents and things.
As answer, Plaintiff incorporates the full motion filed on March 18, 2014 and reiterates the
demands and arguments made in the referenced motion.

     Plaintiff filed the motion under seal because it contained personal health information
which is by nature confidential.  As the Court order the Plaintiff to request any health
information of Representative Alcee Hastings under seal, the Plaintiff, similarly, requests that the
handling of references to her health care be treated under a similar standard.

     Furthermore, Plaintiff wishes to address the Defendant's repeated references to her novel,
*A Personal Agenda,* in attempts to deflect attention from the key issue in the complaint:  sexual
harassment of the Plaintiff by her employer.  The Defendant has put forward numerous
incendiary assertions as to the motive of the Plaintiff's novel and most recently, argued that the
modes of killing in the fictional novel somehow represented a threat.  The Plaintiff is not
responsible for the deplorable state of the American public education system or the fact that most
Americans are ignorant of other cultures and therefore, have no awareness of the customs of
other societies, some of which are depicted in the novel.  The Defendant's counsels ignorance in
this regard should encourage them to broaden their awareness of the world, rather than use it as



RECEIVED

APR 1 5 2014

Clerk, U.S. District and
Bankruptcy Courts

to the basis for judging this novel and casting aspersions upon the Plaintiff.

Respectfully submitted,

Winsome A. Packer
1600 South Eads Street
Arlington, VA 22202
703-296-8032

## Certificate of Service

I hereby certify that a copy of the foregoing Plaintiff's Response to Defendant's Answer to Plaintiff's motion to compel the Defendant to answer written interrogatories and requests for documents and things was served on this 15th day of April, 2014, to Russell Gore, Russell.gore@mail.house.gov; and Ann Rogers, ann.rogers@mail.house.gov.

Winsome Packer