UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WINSOME PACKER,

    Plaintiff,

v.

THE UNITED STATES COMMISSION
ON SECURITY AND COOPERATION
IN EUROPE,

    Defendant.

No. 11-cv-00485 (RMC) (JMF)

### STIPULATION OF DISMISSAL OF ACTION AGAINST DEFENDANT

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Winsome Packer, and Defendant, the United States Commission on Security and Cooperation in Europe, by its undersigned counsel, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action, with each party bearing her/its own costs and attorneys' fees.

Respectfully submitted,

_____
Winsome Packer
*Pro Se*

_____
Commission on Security and Cooperation in Europe
*By Counsel*